1044

THE STATE OF WASHINGTON, *Respondent*, v. K.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-05387-9, John M. Darrah, J., entered December 7, 1999. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. WILEY L. McILRATH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00114-5, Steven J. Mura, J., entered May 5, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JASON D. REIDT, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-1-07362-9, Charles W. Mertel, J., entered April 17 and 25, and August 11, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DARWIN QUARING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07575-4, Helen Halpert, J., entered August 29, 2000. *Affirmed* by unpublished per curiam opinion.